```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 07 B 10968
   SEAN MCGEE
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-1769


--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/19/2007 and was confirmed 08/02/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 11/15/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
GMAC MORTGAGE              CURRENT MORTG         .00           .00           .00
GMAC MORTGAGE              UNSECURED       NOT FILED           .00           .00
GMAC MORTGAGE              MORTGAGE ARRE         .00           .00           .00
DRIVE FINANCIAL SERVICES   SECURED VEHIC         .00           .00           .00
AMERICASH LOANS            UNSECURED       NOT FILED           .00           .00
CITY OF CHICAGO PARKING    UNSECURED         1080.00           .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED          886.75           .00           .00
COMMONWEALTH EDISON        UNSECURED          865.11           .00           .00
CREDITORS ALLIANCE INC     UNSECURED       NOT FILED           .00           .00
CREDITORS PROTECTION SER   UNSECURED       NOT FILED           .00           .00
GREAT LAKE SPECIALTY FIN   UNSECURED       NOT FILED           .00           .00
NCO MEDCLR                 UNSECURED       NOT FILED           .00           .00
NICOR GAS                  UNSECURED         1251.69           .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED       NOT FILED           .00           .00
VILLAGE OF FOREST PARK     UNSECURED          150.00           .00           .00
JP MORGAN CHASE BANK       NOTICE ONLY     NOT FILED           .00           .00
ROUNDUP FUNDING LLC        UNSECURED          986.39           .00           .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       2,234.00                      1,707.10
TOM VAUGHN                 TRUSTEE                                           122.06
DEBTOR REFUND              REFUND                                            414.76

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                     2,243.92

PRIORITY                                                      .00
SECURED                                                       .00
UNSECURED                                                     .00
ADMINISTRATIVE                                           1,707.10
TRUSTEE COMPENSATION                                       122.06

                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 10968 SEAN MCGEE
```

```
DEBTOR REFUND                                                       414.76
                                         ---------------    ---------------
TOTALS                                          2,243.92           2,243.92
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                         /s/ Tom Vaughn
Dated: 02/27/08                          _____
                                         TOM VAUGHN
                                         CHAPTER 13 TRUSTEE
```